IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
CASE NO.: 5:15-CV-00027-FL

| | |
|---|---|
| **DEREK & MATTHEW BISSETTE FARMS, et al.** | ) ) ) |
| Appellants, | ) ) |
| v. | ) ) ) |
| **BISSETT PRODUCE, INC.** and **AGCAROLINA FARM CREDIT, ACA** | ) ) ) |
| Appellees. | ) ) ) |

### ORDER APPROVING STIPULATION OF DISMISSAL

HAVING REVIEWED AND CONSIDERED the Stipulation of Dismissal, and it appearing to the satisfaction of the Court that relief in accordance with the terms of the Stipulation should be entered, it is

ORDERED that the Stipulation is approved in its entirety; and it is further

ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs.

DATED this 27th day of August, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge